# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: ADAMS, TIMOTHY | § | Case No. 12-27686 |
| ADAMS, DEBORAH S. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 27, 2012. The undersigned trustee was appointed on April 18, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $          2,400.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 60.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 2,340.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/26/2013 and the deadline for filing governmental claims was 03/26/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $600.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $600.00, for a total compensation of $600.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $72.45, for total expenses of $72.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2013          By: /s/GEORGE W. LIEBMANN, TRUSTEE
                              Trustee, Bar No.: 01112

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27686  
**Case Name:** ADAMS, TIMOTHY  
ADAMS, DEBORAH S.  
**Period Ending:** 12/02/13

**Trustee:** (400290) GEORGE W. LIEBMANN, TRUSTEE  
**Filed (f) or Converted (c):** 04/18/13 (c)  
**§341(a) Meeting Date:** 05/28/13  
**Claims Bar Date:** 08/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  RESIDENCE 143 SUNRISE DRIVE, RISING SUN, MD 2191 | 173,000.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING ACCOUNT | 201.00 | 0.00 | | 0.00 | FA |
| 3  SAVINGS ACCOUNT | 7.82 | 0.00 | | 0.00 | FA |
| 4  FURNISHINGS | 5,000.00 | 12.00 | | 0.00 | FA |
| 5  NURSING BOOKS, PICTURES | 50.00 | 3.82 | | 0.00 | FA |
| 6  CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 7  CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 8  DIAMOND ANNIVERSARY RING | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  BOWLING EQUIPMENT | 75.00 | 75.00 | | 0.00 | FA |
| 10  ATHENE ANNUITY & LIFE ASSURANCE COMPANY TERM | 1,476.26 | 0.00 | | 0.00 | FA |
| 11  ATHENE ANNUITY & LIFE ASSURANCE COMPANY WL | 22,225.71 | 0.00 | | 0.00 | FA |
| 12  FLEXIBLE PREMIUM ADJUSTABLE LIFE POLICY WITH | 6,943.11 | 0.00 | | 0.00 | FA |
| 13  1998 CHEVROLET 1500 EXTENDED CAB | 4,600.00 | 0.00 | | 0.00 | FA |
| 14  2005 CHEVROLET EQUINOX | 9,545.00 | 0.00 | | 0.00 | FA |
| 15  2008 HD FLHTCU ULTRA CLASSIC ELECTRA G | 15,900.00 | 0.00 | | 0.00 | FA |
| 16  2012 PRORATED TAX REFUNDS  (u) | 2,400.00 | 2,400.00 | | 2,400.00 | FA |
| **16  Assets  Totals** (Excluding unknown values) | **$242,623.90** | **$2,490.82** | | **$2,400.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

submit TFR to UST

**Initial Projected Date Of Final Report (TFR):** December 31, 2013          **Current Projected Date Of Final Report (TFR):** November 29, 2013  (Actual)

Printed: 12/02/2013 01:21 PM          V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-27686
**Case Name:** ADAMS, TIMOTHY
ADAMS, DEBORAH S.
**Taxpayer ID #:** **-***7386
**Period Ending:** 12/02/13

**Trustee:** GEORGE W. LIEBMANN, TRUSTEE (400290)
**Bank Name:** Rabobank, N.A.
**Account:** ****754766 - Checking Account
**Blanket Bond:** $2,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/14/13 | {16} | TIMOTHY ADAMS | 2012 PRORATED TAX REFUNDS | 1224-000 | 2,400.00 | | 2,400.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,390.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,380.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,370.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,360.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,350.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,340.00 |
| | | | ACCOUNT TOTALS | | 2,400.00 | 60.00 | $2,340.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,400.00 | 60.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,400.00 | $60.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****754766** | 2,400.00 | 60.00 | 2,340.00 |
| | $2,400.00 | $60.00 | $2,340.00 |

{} Asset reference(s)

Printed: 12/02/2013 01:21 PM   V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 26, 2013

**Case Number:** 12-27686  
**Debtor Name:** ADAMS, TIMOTHY

Page: 1

**Date:** December 2, 2013  
**Time:** 01:23:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LIEBMANN & SHIVELY, P.A.<br>8 WEST HAMILTON STREET<br>BALTIMORE, MD 21201 | Admin Ch. 7 | | $600.00 | $0.00 | 600.00 |
| 200 | LIEBMANN & SHIVELY, P.A.<br>8 WEST HAMILTON STREET<br>BALTIMORE, MD 21201 | Admin Ch. 7 | | $72.45 | $0.00 | 72.45 |
| 200 | DUPLICATE<br>MD 21201 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| 2<br>100 | Harley-Davidson Credit Corp.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Secured | | $0.00 | $0.00 | 0.00 |
| 3<br>100 | SunTrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Secured | | $0.00 | $0.00 | 0.00 |
| 7<br>100 | Mariner Finance, LLC<br>3301 Boston St., Ste 201<br>Baltimore, MD 21224-4976 | Secured | 11/29/2013 Amendment 7-2 imported by ORS; original claim didn't exist<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 7 -2<br>100 | Mariner Finance, LLC<br>3301 Boston St., Ste 201<br>Baltimore, MD 21224-4976 | Secured | | $0.00 | $0.00 | 0.00 |
| 12<br>100 | SunTrust Mortgage, Inc.<br>Bankruptcy Department RVW 3034<br>PO Box 27767 Richmond, VA 23261 | Secured | | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,929.07 | $0.00 | 8,929.07 |
| 4<br>610 | Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $16,885.70 | $0.00 | 16,885.70 |
| 5<br>610 | Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $15,273.41 | $0.00 | 15,273.41 |
| 6<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $3,791.78 | $0.00 | 3,791.78 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 26, 2013

**Case Number:** 12-27686  
**Debtor Name:** ADAMS, TIMOTHY

Page: 2

**Date:** December 2, 2013  
**Time:** 01:23:55 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,207.75 | $0.00 | 2,207.75 |
| 9 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,354.07 | $0.00 | 1,354.07 |
| 10 610 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Unsecured | | $1,195.25 | $0.00 | 1,195.25 |
| 11 610 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $14,944.02 | $0.00 | 14,944.02 |
| 13 610 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Unsecured | | $1,294.34 | $0.00 | 1,294.34 |
| 14 610 | Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $3,739.77 | $0.00 | 3,739.77 |
| 15 610 | Cheswold (Ophrys), LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Unsecured | | $5,707.70 | $0.00 | 5,707.70 |
| 16 610 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $5,650.53 | $0.00 | 5,650.53 |
| 17 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $6,936.09 | $0.00 | 6,936.09 |
| 18 610 | eCAST Settlement Corporation, assignee<br>of GE Capital Services CAR CARE ONE -<br>TANA,POB 29262<br>New York, NY 10087-9262 | Unsecured | | $2,682.34 | $0.00 | 2,682.34 |
| << Totals >> | | | | 91,264.27 | 0.00 | 91,264.27 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-27686
Case Name: ADAMS, TIMOTHY
Trustee Name: GEORGE W. LIEBMANN, TRUSTEE

**Balance on hand:** $ 2,340.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,340.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LIEBMANN & SHIVELY, P.A. | 600.00 | 0.00 | 600.00 |
| Trustee, Expenses - LIEBMANN & SHIVELY, P.A. | 72.45 | 0.00 | 72.45 |

Total to be paid for chapter 7 administration expenses: $ 672.45
Remaining balance: $ 1,667.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,667.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,667.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 90,591.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,929.07 | 0.00 | 164.37 |
| 4 | Cheswold (Ophrys), LLC | 16,885.70 | 0.00 | 310.82 |
| 5 | Cheswold (Ophrys), LLC | 15,273.41 | 0.00 | 281.14 |
| 6 | FIA CARD SERVICES, N.A. | 3,791.78 | 0.00 | 69.80 |
| 8 | American Express Centurion Bank | 2,207.75 | 0.00 | 40.64 |
| 9 | American Express Centurion Bank | 1,354.07 | 0.00 | 24.92 |
| 10 | Jefferson Capital Systems LLC | 1,195.25 | 0.00 | 22.00 |
| 11 | Quantum3 Group LLC as agent for | 14,944.02 | 0.00 | 275.08 |
| 13 | Jefferson Capital Systems LLC | 1,294.34 | 0.00 | 23.83 |
| 14 | Cheswold (Ophrys), LLC | 3,739.77 | 0.00 | 68.84 |
| 15 | Cheswold (Ophrys), LLC | 5,707.70 | 0.00 | 105.06 |
| 16 | Capital One, N.A. | 5,650.53 | 0.00 | 104.01 |
| 17 | Portfolio Recovery Associates, LLC | 6,936.09 | 0.00 | 127.67 |
| 18 | eCAST Settlement Corporation, assignee | 2,682.34 | 0.00 | 49.37 |

Total to be paid for timely general unsecured claims: $ 1,667.55
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**